

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Interest of R.C. and K.C., Children

No. 06-21-00100-CV

Appeal from the County Court at Law of Lamar County, Texas (Tr. Ct. No. 89895). Memorandum Opinion delivered by Justice Carter,* Chief Justice Morriss and Justice Stevens participating.  *Retired, Sitting by Assignment

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellant has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JANUARY 18, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk